UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-01115-CJC(ANx) | Date | January 10, 2009 |
|---|---|---|---|
| Title | Jason Hartman v. Palms Place LLC, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Michelle Urie | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**Proceedings:**   ( IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

     The Court, having been advised by counsel that this action has been dismissed by Notice of Voluntary Dismissal Pursuant to Rule 41(a) or (c) F.R.Civ.P filed on January 8, 2009, hereby ORDERS this action dismissed without prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

:    0

Initials of Preparer    mu